38018. CARLSON et al. v. SOUTHERN BELL TELEPHONE & TELEGRAPH COMPANY et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED FEBRUARY 9, 1982.

*Strother, Hicks & Wallace, John E. Wallace, Jr.,* for appellants.

---

*Weekes, Candler, Sams, Weatherly & Shinall, R. Phillip Shinall III,* for appellees.